# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ANTONIO FRANKLIN,

          Petitioner,

       -vs-

WARDEN, MANSFIELD
  CORRECTIONAL INSTITUTION,

          Respondent.

:

:

:

:

Case No. 3:04-cv-187

Magistrate Judge Michael R. Merz

---

**DECISION AND ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL APPLICATION FOR CERTIFICATE OF APPEALABILITY**

---

This case is before the Court on Petitioner's Supplemental Application for Leave to File His
Application for Certificate of Appealability on Four Additional Grounds (Doc. No. 136), filed *pro
se* on November 16, 2009.

Petitioner is represented by appointed counsel in this capital habeas corpus case. A party
represented by counsel may not file papers *pro se*. 28 U.S.C. § 1654 provides that "parties may
plead and conduct their own cases personally or by counsel." The disjunctive "or" in the statute
means that a litigant must choose between proceeding *pro se* and proceeding with the assistance of
counsel. *United States v. Jimenez-Zalapa*, 2007 WL 2815563 (W.D. Tenn. 2007)(Breen, J.); *see
also United States v. Mosely, 910 F.2d 93, 97-98 (6th Cir. 1987); United States v. Vampire Nation*,
451 F.3d 189 (3rd Cir. 2006).

Accordingly, Petitioner's Supplemental Application is denied.

November 17, 2009.

s/ **Michael R. Merz**
United States Magistrate Judge